IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NYESHA RUSSELL | : | |
|     *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-2276 |
| | : | |
| TRANSWORLD SYSTEMS, INC. | : | |
|     *Defendant*. | : | |

## ORDER

**AND NOW**, this 27th day of November, 2017, upon consideration of the representations made by Plaintiff's counsel that the above-captioned matter has been amicably resolved in accordance with Plaintiff's letter, dated November 27, 2017, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS** pursuant to Local Rule 41.1(b).[1] The Clerk of Court is directed to **CLOSE** this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.

---

[1] This Court does not retain jurisdiction beyond the ninety-day period permitted under Local Rule 41.1(b). *See Preitz v. Am. Airlines, Inc.*, No. 11-44, 2017 WL 118092 (E.D. Pa. Jan. 11, 2017).